IN THE SUPREME COURT OF NORTH CAROLINA

No. 85A17

Filed 2 March 2018

STATE OF NORTH CAROLINA

v.

GLENWOOD EARL DOWNEY

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 796 S.E.2d 517 (2017), affirming an order denying defendant's motion to suppress entered on 16 September 2015 by Judge Thomas H. Lock, and a judgment entered on 30 September 2015 by Judge Reuben F. Young, both in Superior Court, Johnston County.  Heard in the Supreme Court on 7 February 2018.

*Joshua H. Stein, Attorney General, by Derrick C. Mertz, Special Deputy Attorney General, for the State.*

*Glenn Gerding, Appellate Defender, by Michele A. Goldman, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.